# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-061-HDM-(VCF) |
| ROLAND MARK PELLETIER, | ) |
| Defendant. | ) |

# PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 24, 2012, defendant ROLAND MARK PELLETIER pled guilty to a One-Count Criminal Indictment charging him with Coercion and Enticement in violation of Title 18, United States Code, Section 2422(b).

This Court finds defendant ROLAND MARK PELLETIER agreed to the forfeiture of the property set forth in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the offense to which defendant ROLAND MARK PELLETIER pled guilty. The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2428:

    a.    LG Smartphone (Android) model LGL45C bearing serial number 110CYZP0107125;

    b.    LG flip style phone model NTLG400GB bearing serial number 901CQXM534570; and

| | |
|---|---|
| 1 |           c.      Western Digital hard drive bearing serial number WCAV2F298026 |
| 2 |                 ("property"). |

1.      c.      Western Digital hard drive bearing serial number WCAV2F298026

2.            ("property").

3.    This Court finds the United States of America is now entitled to, and should, reduce the

4.    aforementioned property to the possession of the United States of America.

5.    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6.    United States of America should seize the aforementioned property.

7.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8.    ROLAND MARK PELLETIER in the aforementioned property is forfeited and is vested in the

9.    United States of America and shall be safely held by the United States of America until further order

10.  of the Court.

11.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

12.  shall publish in accordance with the law, notice of this Order, which shall describe the forfeited

13.  property, state the time under the applicable statute when a petition contesting the forfeiture must

14.  be filed, and state the name and contact information for the government attorney to be served with

15.  the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section

16.  853(n)(2).

17.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

18.  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

19.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

20.  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

21.  following address at the time of filing:

22.        Michael A. Humphreys
           Assistant United States Attorney

23.        Daniel D. Hollingsworth
           Assistant United States Attorney

24.        Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000

25.        Las Vegas, Nevada 89101.

26.  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 30th day of July, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE