**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROLAND MARK PELLETIER, )<br>)<br>Defendant. ) | 2:12-CR-61-HDM-(VCF) |

**FINAL ORDER OF FORFEITURE**

On July 30, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2428, based upon the plea of guilty by defendant ROLAND MARK PELLETIER to criminal offense, forfeiting specific property in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ROLAND MARK PELLETIER pled guilty. Criminal Indictment, ECF No. 10; Plea Memorandum, ECF No. 35; Minutes of Change of Plea Proceedings, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 2, 2012, through August 31, 2012, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. LG Smartphone (Android) model LGL45C bearing serial number 110CYZP0107125;

b. LG flip style phone model NTLG400GB bearing serial number 901CQXM534570; and

c. Western Digital hard drive bearing serial number WCAV2F298026 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 24th day of October, 2012.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE